**J. C. GRAHAM, Appellant, v. STATE, Appellee (two cases).**

**Nos. 16071, 16074.**

Court of Criminal Appeals of Texas.

May 31, 1933.

Hughes & Monroe, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.

---

**J. C. GRAHAM, Appellant, v. STATE, Appellee.**

**No. 16072.**

Court of Criminal Appeals of Texas.

May 31, 1933.

Hughes & Monroe, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for five years.

The trial was had before the court upon a plea of guilty. The proceedings appear regular. The record is before us without statement of facts and bills of exception. No error has been perceived.

The judgment is affirmed.

---

**GRAHAM v. STATE.**

**No. 16073.**

Court of Criminal Appeals of Texas.

May 31, 1933.

Hughes & Monroe, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being five years in the penitentiary.

The indictment charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.